UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DENNIS BROCK, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 17-205-DCR |
| v. | ) ) ) | |
| CORRECT CARE SOLUTION, | ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Correct Care Solution with respect to all claims asserted against it in this action by Plaintiff Dennis Brock.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 7th day of March, 2018.

